UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00282-FDW

| | |
|---|---|
| CRYPTO COLO CENTER CORP., *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER**<br>) |
| DEI VITAE ENTERPRISES, LLC, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court Plaintiffs' Motion and Notice of Withdrawal of Plaintiffs' Motion to Consolidate Cases, (Doc. No. 2), filed on August 28, 2023. (Doc. No. 7). For the reasons stated therein, the Court finds good cause has been shown.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Withdrawal and Notice of Withdrawal of Plaintiffs' Motion to Consolidate Cases, (Doc. No. 7), is **GRANTED.** Accordingly, **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Consolidate Cases for All Purposes, (Doc. No. 2), is **WITHDRAWN**. The Clerk of Court is respectfully **DIRECTED** to terminate Plaintiffs' Motion to Consolidate, (Doc. No. 2).

**IT IS SO ORDERED.**

Signed: September 1, 2023

_____
Frank D. Whitney
United States District Judge