# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Crypto Colo Center Corp.et al, | ) | JUDGMENT IN CASE |
| , | ) | |
| Plaintiff(s), | ) | 3:23-cv-00282-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Marigny Oil and Gas, LLC et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 4, 2023 Order.

October 4, 2023

Katherine Hord Simon, Clerk
United States District Court